GARY M. RESTAINO
United States Attorney
District of Arizona

ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2021 DEC 15 PM 1:45

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-03198 TUC-SHR(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| | VIO: 18 U.S.C. § 924(a)(1)(A) |
| Richard Norzagaray, | (False Statement During Purchase of a Firearm) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about November 24, 2021, in the District of Arizona, Defendant RICHARD NORZAGARAY knowingly made a false statement and representation to Pawn 1st, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Pawn 1st, in that Defendant RICHARD NORZAGARAY did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in connection with the purchase of a firearm, stating that he resided at an address on Belmar Avenue in Tucson, Arizona, whereas in truth and fact, Defendant RICHARD NORZAGARAY knew that he resided at a different address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/ s /

FOREPERSON OF THE GRAND JURY
Date:  December 15, 2021

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ s /

ADAM D. ROSSI
Assistant United States Attorney

- 2 -