GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant United States Attorney
Arizona State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 4:21-CR-03198-SHR-1 |
| vs. | SENTENCING MEMORANDUM |
| Richard Alfred Norzagaray, Jr., | |
| Defendant. | |

Plaintiff, United States of America, by its attorneys, GARY M. RESTAINO, United States Attorney, and ADAM D. ROSSI, Assistant United States Attorney, hereby submit its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for May 12, 2023, before the Honorable United States District Court Judge Scott H. Rash.

Having reviewed the findings and recommendations in the Presentence Report (PSR), the government has no objection to the guideline calculations and concurs with the recommendations listed therein. The government respectfully requests that this Court accept the defendant's plea of guilty to the indictment in this matter.

In this case, the defendant has no criminal convictions, but was arrested for Alien Smuggling, and Thefts of Means of Transportation and Burglary twice since 2020. PSR ¶¶ 23, 25-28. While these are simply arrests, and not convictions, the defendant's conduct in this case, however, is very concerning. Here the defendant purchased eight firearms that

were later recovered by law enforcement since 2006. PSR ¶ 4. Four of those firearms were recovered in Mexico. *Id*. The other four were recovered in Tucson, with one being associated with the Fourth Avenue Crips. *Id*. On November 10, 2021, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) special agents sought to interview the defendant regarding these purchases and recoveries. PSR ¶ 5. When ATF special agents went to the address listed in the Form 4473 on Belmar, they learned that the defendant had not lived at that address since September.  *Id*. Special agents determined there could be no confusion about the defendant's residence, as the owner of the home on Belmar had threated to hit the defendant with a bat should he return, a bat he showed special agents. When, on November 24, 2021, the defendant purchased yet another firearm, special agents returned to the Belmar address and the owner reminded the agents of the bat, and stated said bat was still waiting for the defendant should he return.

As the Court is aware, the illegal export of similar firearms are bound for the cartels in Mexico, and puts the citizens of Mexico and the United States in extreme danger. Guns being sold or funneled to criminal street gangs also cause an extreme danger for the citizens of this community, and such actions have fueled historic levels of violent crime in Tucson. As noted by Probation, five of the firearms either found their way to Mexico or to gang members here in town. While there is no direct link to the defendant, it is reasonable to say he is minimizing his conduct here, and the Court should fashion a sentence consistent with the danger he has caused in the community. PSR pg. 13-14.

In summation, based on the nature of this serious offense and his role within it, but accounting for the defendant's lack of criminal history, a sentence of 6 months is appropriate. Therefore, the government would request the Court accept the defendant's plea of guilty, and impose the recommendations of Probation, including a term of 6 months imprisonment, to be followed by 3 years supervised release.

Based upon the nature of the current offense and the criminal history of the defendant, the sentence is sufficient, but not greater than necessary, to reflect the

- 2 -

seriousness of the offense, promote respect for the law, and provide just punishment.

Respectfully submitted this 8th day of May, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Adam D. Rossi*
ADAM D. ROSSI
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 8th day of May, 2023, to:

Jorge Leonardo Costales, Esq.,
Attorney for Defendant